Nos. 218 and 219. THOMPSON, TRUSTEE, *v.* TERMINAL SHARES, INC., ET AL. October 9, 1939. Petition for writs of certiorari to the Circuit Court of Appeals for the

Eighth Circuit denied. MR. JUSTICE REED and MR. JUS-
TICE DOUGLAS took no part in the consideration and de-
cision of this application. *Mr. R. B. Caldwell* for peti-
tioner. *Mr. William B. Cockley* for Terminal Shares,
Inc. et al.; *Messrs. Godfrey Goldmark* and *Henry N. Ess*
for Guaranty Trust Co. et al.; and *Messrs. Clan Craw-
ford, Benj. F. Fiery,* and *Howard F. Burns* for Tomlinson
et al., respondents.